# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-3880

_____

Keith Walker, also known as Herevel Ben Kushi

*Plaintiff - Appellant*

v.

Iowa Department of Corrections; W. L. Kautzky, Director; Larry Brimeyer, Deputy Director; John Mathes, Warden; William Sperfslage, Deputy Warden; John Emmett, Security Director; Ronald Welder, Executive Assistant; Karen Woodley, Acting Grievance Officer; Dave Degrange, Investigator II; Paul A. Muller, Deputy Director; Bernard Eaves, Treatment Director; Debbie Nichols, Unit Manager Cell House 314; Delwin Vande Krol, Multi-Faith Chaplain

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: August 4, 2015
Filed: August 7, 2015
[Unpublished]

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

In this action under the First Amendment and the Religious Land Use and Institutionalized Persons Act, 42 U.S.C. §§ 2000cc-1 to 2000cc-5, Iowa prisoner Herevel Ben-Kushi, also known as Keith Walker (Walker), appeals the district court's[1] order denying his post-judgment motion asking that the court hold defendants in contempt for violating a 2006 order.  We conclude that the district court did not abuse its discretion in denying the contempt motion, see Wycoff v. Hedgepeth, 34 F.3d 614, 616 (8th Cir. 1994) (standard of review); in denying Walker's motion for reconsideration, see Swope v. Siegel-Robert, Inc., 243 F.3d 486, 498 (8th Cir. 2001) (standard of review); or in denying appointed counsel, see Phillips v. Jasper Cty. Jail, 437 F.3d 791, 794 (8th Cir. 2006) (standard of review).

The judgment is affirmed.  See 8th Cir. R. 47B.

_____

_____

[1]The Honorable James E. Gritzner, United States District Judge for the Southern District of Iowa.